# UNITED STATES DISTRICT COURT

SOUTHERN District of ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| HONEYWELL INTERNATIONAL, INC. | CASE NUMBER: 11-CR-40006-JPG |
| | Tony Valukas |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s)  1 of the Information

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

FILED
MAR 18 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 42 U.S.C. 6928(D)(2)(A) & 18 U.S.C. 2 | Storage of Hazardous Waste Without a Permit | 7/30/2008 | 1 |

The defendant organization is sentenced as provided in pages 2 through  8  of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 222640650

Defendant Organization's Principal Business Address:

Morristown, NJ

3/11/2011
Date of Imposition of Judgment

_Signature of Judge_

J. Phil Gilbert — District Judge
Name of Judge — Title of Judge

3-18-11
Date

Defendant Organization's Mailing Address:

Same as above

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:
5 years probation on Count 1 of the Information

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION:  HONEYWELL INTERNATIONAL, INC.
CASE NUMBER:  11-CR-40006-JPG

Judgment—Page  3  of  8

# SPECIAL CONDITIONS OF SUPERVISION

(a) A criminal fine in the amount of $11,800,000.00 (eleven million eight hundred thousand). HONEYWELL will pay the fine by electronic funds transfer pursuant to instructions to be provided by the Clerk of the Court for the United States District Court for the Southern District of Illinois; and

(b) A five-year period of probation, the terms of which shall include the following conditions:

   (i) HONEYWELL must comply with the terms of the Interim Consent Order entered into with the People of the State of Illinois, ex rei. Lisa Madigan, Attorney General of the State of Illinois, and Illinois Environmental Protection Agency ("[EPA',), filed on April 21, 2010 ("Order"), and any subsequent revisions to the Order. The Order imposes a schedule for the processing of KOH mud, the hazardous waste at issue in this case. A copy of the Order is attached hereto as Attachment A. HONEYWELL shall provide the United States Probation Office and the Government an annual report on the status of its processing of the KOH mud for that calendar year no later than two months after the end of the calendar year.

   (ii) In furtherance of satisfYing the sentencing principles provided for under 18 U.S.C. § 3553(a), as community service aimed at ensuring the proper management of hazardous waste in the community surrounding the Metropolis facility, which is the subject of the Criminal Information, pursuant to u.s.s.o. § 881.3, HONEYWELL shall develop, fund, and implement a household hazardous waste collection and disposal program in Massac County, Illinois, at a cost of approximately $200,000.00 (two hundred thousand). HONEYWELL shall inform the community of Mas sac County, Illinois, about the collection program and make arrangements for the proper collection, storage, transportation, treatment, and/or disposal of household hazardous waste collected during the program. HONEYWELL will arrange at least eight (8) collection events over a two (2) year period. The program shall comply with all state, federal and local laws, regulations, standards, and procedures, involving the treatment, storage, transportation, and disposal of hazardous waste, including but not limited to the Resource Conservation and Recovery Act. HONEYWELL shall provide to the United States Probation Office and the Government an annual report on the status of the program within two months after the close of the calendar year. Each report should include the date of the collection event, the name of the company hired to manage the program, an accounting of the amount of waste collected, and the total funds expended to carry out the program. HONEYWELL further acknowledges and understands that any community service provided as a result of this Agreement is not a charitable effort. As such, HONEYWELL agrees that it will not seek any reduction in its tax obligations for providing this community service and shall not characterize, publicize, or refer to this program or associated payments as a charitable effort.
After HONEYWELL has successfully completed two years of probation, pursuant to 18 U.S.C. § 3564(c), HONEYWELL may petition the Court for early termination of probation if HONEYWELL has completed the processing of all the KOH mud referenced in the Stipulation of Facts and otherwise complied with all other terms of probation.

   18. HONEYWELL agrees to pay the full amount of the special assessment on the date of sentencing.

## ADDITIONAL ~~STANDARD~~ *SPECIAL* CONDITIONS OF SUPERVISION

19. The parties agree, subject to approval by the Court, that the record contains information sufficient to enable a meaningful exercise of sentencing authority under 18 U.S.C. § 3553. Thus, pursuant to FED. R. CRIM. PRO. 32 (CXI)(A)(ii), the parties request that the Court waive the preparation of a pre-sentence report in this matter and that sentencing be held at the time the guilty plea to the Information is entered.

20. HONEYWELL shall not, through a change of name, business reorganization, sale Or purchase of assets, divestiture of assets. or similar actions. seek to avoid the obligations and conditions set forth in this Agreement. This Agreement, together with all of the obligations and terms herein, shall inure to the benefit of and shall bind assignees, successors-in-interest, or transferees of the parties. This Agreement shall not prevent any stock or asset purchase transaction. provided obligations under this Agreement transfer to the purchaser. The existence of this Agreement and the obligations hereunder shall not prevent any party subject to the terms herein from ceasing operations otherwise covered by such obligations.

DEFENDANT ORGANIZATION: HONEYWELL INTERNATIONAL, INC.
CASE NUMBER: 11-CR-40006-JPG

Judgment — Page 5 of 8

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 400.00 | $ 11,800,000.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

☑ the interest requirement is waived for the ☑ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: HONEYWELL INTERNATIONAL, INC.
CASE NUMBER: 11-CR-40006-JPG

Judgment — Page 6 of 8

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☒ Lump sum payment of $ 11,800,400.00 due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with    ☐ C or    ☒ D below; or

**B** ☐ Payment to begin immediately (may be combined with    ☐ C or    ☐ D below); or

**C** ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☒ Special instructions regarding the payment of criminal monetary penalties:

A criminal fine in the amount of $11,800,000.00 (eleven million eight hundred thousand). HONEYWELL will pay the fine by electronic funds transfer pursuant to instructions to be provided by the Clerk of the Court for the United States District Court for the Southern District of Illinois

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.